IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS            :   CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)       :   MDL 875
                                    :
OLIVAR                              :
                                    :
      v.                            :   CIVIL ACTION
                                    :   NO. 09-62577
VARIOUS DEFENDANTS                  :
                                    :   Transferred from the District
                                    :   of Connecticut

## O R D E R

**AND NOW**, this **17th** day of **June 2011** it is hereby **ORDERED** that the Report and Recommendation issued by Chief Magistrate Judge Thomas J. Rueter, filed on March 29, 2011, as to Defendant Buffalo Pumps, Inc.'s Motion for Summary Judgment is **ADOPTED**.[1]

It is further **ORDERED** that Defendant Buffalo Pumps, Inc.'s Motion for Summary Judgement on Product Identification Grounds (doc. no. 33) is **GRANTED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1